UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA BLANCO,

                            Plaintiff,

            -against-                                            25-CV-5437 (LTS)

MARY J. BLIGE 1983,                                        ORDER OF DISMISSAL

                            Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated July 9, 2025, the Court directed Plaintiff, within thirty days, to submit an

amended application to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees required to

file a civil action in this court. That order specified that failure to comply would result in

dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees.

Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    August 25, 2025
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge